IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00430–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KENNEDY ODURO,

    Defendant.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a 6-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **March 31, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is February 29, 2008.  All responses shall be filed by March 7, 2008.  A hearing on the motions, if necessary, is set for **March 14, 2008**, at 10:30 o'clock a.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m. on Friday, **March 21, 2008**.  The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, March 19, 2008.

Dated: January 28, 2008