IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00430-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KENNEDY ODURO,

    Defendant.

---

**ORDER**

---

Upon consideration of the Government's Motion Pursuant to U.S.S.G. § 3E1.1(b), and for good cause shown, it is hereby

ORDERED that an additional one-point reduction in the defendant's offense level is granted.

DATED this 7th day of November, 2008.

BY THE COURT:

/s/ Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge
District of Colorado