IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-CR-000430-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENNEDY ODURO,

        Defendant,

and

SWIFT BEEF COMPANY,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Swift Beef Company shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

>Clerk, U.S. District Court
>901 19th Street, Suite A-105
>Denver, CO 80294

Please include the following information on each check:

>Name of Defendant:   Kennedy Oduro
>
>Court Number:        07-CR-000430

BY THE COURT:

Dated: December 2, 2014        s/Lewis T. Babcock
_____
UNITED STATES DISTRICT JUDGE